# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 19-10842 ELF |
| DANIELLE SEABERG | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| | : | |

## ASSIGNMENT OF CLAIM #7 TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST C/O CARRINGTON MORTGAGE SERVICES, LLC

TO THE BANKRUPTCY COURT CLERK:

Please take notice that JPMORGAN CHASE BANK, N.A. has assigned its claim in the above-captioned matter, Claim #7, to WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST C/O CARRINGTON MORTGAGE SERVICES, LLC with a secured claim amount of $237,462.12, as a result of the Assignment of the Mortgage and endorsement of the Promissory Note which are the basis of the claim.

Name and Address of Assignee (Current Claimant):
>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST
C/O CARRINGTON MORTGAGE SERVICES, LLC
1600 S DOUGLASS RD
ANAHEIM, CA 92806-5948

Name and Address of Assignor (Former Claimant):
>JPMORGAN CHASE BANK, N.A.
700 KANSAS LANE
MONROE, LA 71203

The Trustee should make future payments for this claim to the Assignee.

Please substitute the Assignee's name and address on the matrix for that of the Assignor.

| | |
|---|---|
| December 31, 2019<br>Date | /s/ Mario J. Hanyon, Esquire<br>Mario J. Hanyon, Esq., Id. No.203993<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103<br>Phone Number: 215-563-7000 Ext 31340<br>Fax Number: 215-568-7616<br>Email: mario.hanyon@phelanhallinan.com |

203993 / jbc

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 19-10842 ELF |
| DANIELLE SEABERG | : | |
| | : | Chapter No. 13 |
| Debtor | | |

## CERTIFICATION OF SERVICE

      I certify under penalty of perjury that I served or caused to be served the above captioned Assignment of Claim on the parties at the addresses shown below or on the attached list on 12/31/2019.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification
WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

Service by First Class Mail
DANIELLE SEABERG
24 NASTURTIUM LANE
LEVITTOWN, PA 19054-3802


If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."


Dated: 12/31/2019

                                                                     /s/ Mario J. Hanyon, Esquire
                                                                      Mario J. Hanyon, Esq., Id. No.203993
                                                                      Phelan Hallinan Diamond & Jones, LLP
                                                                      1617 JFK Boulevard, Suite 1400
                                                                      One Penn Center Plaza
                                                                      Philadelphia, PA 19103
                                                                      Phone Number: 215-563-7000 Ext 31340
                                                                      Fax Number: 215-568-7616
                                                                      Email: mario.hanyon@phelanhallinan.com